No. 2005-CI-12044

| | | |
|---|---|---|
| COMMISSION FOR LAWYER DISCIPLINE | § § § | IN THE DISTRICT COURT OF |
| V. | § § | BEXAR COUNTY, TEXAS |
| JUAN C. MARTINEZ | § § | 37TH JUDICIAL DISTRICT |

## AGREED JUDGMENT OF PUBLIC REPRIMAND

On the ___ day of July 2006, came on to be heard the above-entitled and numbered cause, where Petitioner, COMMISSION FOR LAWYER DISCIPLINE, by and through its attorney of record and Respondent, Juan C. Martinez, in person and through his attorney of record, announced to the Court that the parties agree and stipulate that judgment should be entered in this case as set forth in this Agreed Judgment of Public Reprimand. The Court, after considering the pleadings on file and the announcements of the parties, finds that Petitioner is entitled to the following judgment. The allegations of professional misconduct were brought to the attention of the State Bar of Texas by the filing of complaints by Scott M. Redmond.

### Professional Misconduct

It is, accordingly, ORDERED, ADJUDGED, and DECREED that Respondent, Juan C. Martinez, State Bar No. 13142475, has committed professional misconduct by a violation of Rule 1.14(a) and 1.14(b) of the Texas Disciplinary Rules of Professional Conduct.

### Public Reprimand

It is further ORDERED, ADJUDGED, and DECREED that the proper discipline of Respondent, Juan C. Martinez, State Bar No. 13142475, is a **PUBLIC REPRIMAND** and that this reprimand is to be made a matter of public record.

### Attorney Fees, Litigation Expenses and Court Costs

It is further ORDERED, ADJUDGED, and DECREED that the COMMISSION FOR LAWYER DISCIPLINE shall have judgment against Respondent for reasonable and necessary attorney's fees, taxable court costs and litigation expenses in the amount of fifteen hundred

VOL 2906 PG 0259

($1500.00) dollars and no/100. Payment of the foregoing amount is to be made by certified check, money order or other method of guaranteed payment made payable to the State Bar of Texas concurrently with the Respondent's signing of this judgment.

### Order to District Clerk

It is further ORDERED that the Clerk of this Court shall forward two (2) certified photocopies of this Judgment to State Bar of Texas, 126 E. Nueva, Suite 200, San Antonio, Texas 78204.

All relief not expressly granted in this Judgment is DENIED.

SIGNED THIS ____ day of July, 2006.

Hon. James N. Parsons, III
JUDGE PRESIDING

AGREED AS TO FORM AND SUBSTANCE:

RESPONDENT:

Juan C. Martinez
State Bar No. 13142475

VOL 2906 PG 0260

APPROVED AS TO FORM:

Hugo De Los Santos
900 Vance Jackson
San Antonio, Texas 78201
Tel: (210) 736-4227
Fax: (210) 737-1556

By: _____
HUGO DE LOS SANTOS
State Bar No. 05653300
ATTORNEYS FOR RESPONDENT


Office of Chief Disciplinary Counsel
State Bar of Texas
126 E. Nueva, Ste. 200
San Antonio, Texas 78204
Tel: (210) 208-6600
Fax: (210) 208-6625

By: _____
PAUL H. HOMBURG III
State Bar No. 09934050
ATTORNEY FOR PETITIONER

VOL 2906 PG 0261

CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, MARGARET G. MONTEMAYOR, BEXAR COUNTY DISTRICT CLERK, CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL RECORD AS INDICATED BY THE VOLUME, PAGE AND COURT ON SAID DOCUMENT. WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE THIS

JUL 2 0 2007

MARGARET G. MONTEMAYOR
BEXAR COUNTY, TEXAS
By: _____ DEPUTY