BEFORE THE DISTRICT 10A GRIEVANCE COMMITTEE
EVIDENTIARY PANEL 10A-2
STATE BAR OF TEXAS

| | |
|---|---|
| COMMISSION FOR LAWYER DISCIPLINE, Petitioner | § § § § |
| V. | § § FILE NO. S0050616929 |
| JUAN CARLOS MARTINEZ, Respondent | § § § |

## AGREED JUDGMENT OF PUBLIC REPRIMAND

On this day came on to be heard the above styled and numbered disciplinary proceeding. Petitioner and Respondent, JUAN CARLOS MARTINEZ, Texas Bar Number 13142475, appearing by and through his counsel of record, Hugo X. De Los Santos, announced that an agreement had been reached on all matters in controversy, including the imposition of a Public Reprimand.

### Jurisdiction and Venue

The Evidentiary Panel 10A-2, having been duly appointed to hear this complaint by the chair of the Grievance Committee for State Bar of Texas District 10A, finds that it has jurisdiction over the parties and the subject matter of this action, and that venue is proper.

### Professional Misconduct

The Evidentiary Panel, having considered the admissions, stipulations and agreements of the parties, finds Respondent has committed Professional Misconduct as defined by Rule 1.06(V) of the Texas Rules of Disciplinary Procedure.

### Findings of Fact

Petitioner and Respondent agree to the following findings of fact and, accordingly, the Evidentiary Panel finds:

1. Respondent is an attorney licensed to practice law in Texas and is a member of the State Bar of Texas.

2. Respondent resides in and maintains his principal place of practice in Bexar County, Texas.

3. Respondent Juan Carlos Martinez was administratively suspended from practicing law from October 21, 2005 tol April 17, 2006. During the time of his administrative suspension, Respondent continued to engage in the practice of law.

4. The Commission for Lawyer Discipline has incurred reasonable attorneys' fees and direct expenses in connection with this Disciplinary Proceeding in the amount of Five Hundred and 00/100 Dollars ($500.00).

### Conclusions of Law

Petitioner and Respondent agree that the foregoing findings of fact constitute a violation of Texas Disciplinary Rule of Professional Conduct 8.04(a)(11). Accordingly, the Evidentiary Panel finds that Respondent has violated Texas Disciplinary Rule of Professional Conduct 8.04(a)(11).

### Sanction

It is AGREED and ORDERED that a Public Reprimand shall be imposed against Respondent in accordance with the Texas Rules of Disciplinary Procedure.

### Restitution, Attorney's Fees and Expenses

IT IS FURTHER AGREED and ORDERED that Respondent shall pay all reasonable and necessary attorney's fees and direct expenses to the State Bar of Texas in the amount of Five Hundred and 00/100 Dollars ($500.00). The payment of

attorney's fees and direct expenses shall be made by certified or cashier's check or money order and made payable to the State Bar of Texas. The payment shall be submitted to the Chief Disciplinary Counsel's office on or before the date this judgment is presented to the Evidentiary Panel for execution.

IT IS FURTHER AGREED and ORDERED that all amounts ordered herein are due to the misconduct of Respondent, are assessed as a part of the sanction in accordance with Rule 1.06(Y) of the Texas Rules of Disciplinary Procedure. Any amount not paid shall accrue interest at the maximum legal rate per annum until paid and the State Bar of Texas shall have all writs and other post-judgment remedies against Respondent in order to collect all unpaid amounts.

### Publication

This reprimand shall be made a matter of record and appropriately published in accordance with the Texas Rules of Disciplinary Procedure.

### Other Relief

All requested relief not expressly granted herein is expressly DENIED.

SIGNED this __19__ day of __April__, 2007.

EVIDENTIARY PANEL 10A-2
DISTRICT 10A GRIEVANCE COMMITTEE
STATE BAR OF TEXAS

REYNALDO DIAZ
**District 10A-2 Chair**

**AGREED AS TO BOTH FORM AND SUBSTANCE:**

_____  
JUAN CARLOS MARTINEZ  
State Bar No. 13142475  
**Respondent**

_____  
STEPHANIE STROLLE  
Assistant Disciplinary Counsel  
State Bar No. 00785069  
**Counsel for Petitioner**

_____  
HUGO X. DE LOS SANTOS  
State Bar No. 05653300  
**Counsel for Respondent**

## ACKNOWLEDGEMENT

**STATE OF TEXAS**  §  
  §  
**COUNTY OF BEXAR**  §

BEFORE ME, the undersigned, a Notary Public in and for said county and state, on this day personally appeared JUAN CARLOS MARTINEZ, known to me to be the person whose name is subscribed to the foregoing instrument, and being by me first duly sworn, acknowledged to me that the same was agreed to and executed for the purposes therein expressed.

GIVEN UNDER my hand and seal of office this 13 day of March, 2007.



K. GARCIA  
NOTARY PUBLIC  
STATE OF TEXAS  
My Comm. Exp. 06-15-2009

_____  
NOTARY PUBLIC, STATE OF TEXAS

**STATE BAR OF TEXAS**  
**Chief Disciplinary Counsel**  
**San Antonio Region**

I certify this document as a true and correct photocopy of the original.

_____  
Regional Clerk